# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 523 |
| | : | |
| REAPPOINTMENT TO THE CRIMINAL | : | CRIMINAL PROCEDURAL RULES |
| PROCEDURAL RULES COMMITTEE | : | DOCKET |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 8th day of September, 2020, Kristen M. Gibbons Feden, Esquire, Philadelphia, is hereby reappointed as a member of the Criminal Procedural Rules Committee for a term of three years, commencing October 1, 2020.